UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeff L., | Case No. 25-cv-2102 (PJS/DLM) |
| Plaintiff, | |
| v. | **ORDER ON**<br>**REPORT AND RECOMMENDATION** |
| Frank Bisignano,<br>Commissioner of Social Security, | |
| Defendant. | |

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. The Report and Recommendation was issued on May 27, 2025. The Plaintiff is *pro se* and provided a General Delivery, Minneapolis, Minnesota mailing address for the Plaintiff. A docket notation from the clerk's office on June 16, 2025 indicated that the mailing to the Plaintiff related to the Report and Recommendation had been sent to the Plaintiff at the General Delivery, Minneapolis, Minnesota address provided, but that it was returned as unclaimed and that no forwarding address was available. The same notation indicated that the clerk's office spoke with the Plaintiff via telephone and that the Plaintiff stated that the Plaintiff's address was still General Delivery, Minneapolis, Minnesota; however, the Plaintiff stated that the Plaintiff would pick up the Report and Recommendation from the Minneapolis Courthouse.

At this time, no objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. 5) is **ADOPTED**;

2. Plaintiff Jeff L.'s Complaint for Judicial Review of Decision of the Commissioner of Social Security (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

3. Jeff L.'s Application to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 11, 2025            /s/ Patrick J. Schiltz
                                PATRICK J. SCHILTZ, Chief Judge
                                United States District Court